IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RICHARDS,<br><br>        Plaintiff,<br><br>   v.<br><br>SF HOUSING AUTHORITY,<br><br>        Defendant. | No. C07-03435 MJJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT** |

Before the Court is Plaintiff's Motion for an Enlargement of Time to File Amended Complaint.[1] The Court reviewed Plaintiff's motion and finds no showing of good cause. Accordingly, the Court **DENIES** the motion. The Clerk of the Court is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 5.