UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY RICHARDS et al,

        Plaintiff,

v.

SF HOUSING AUTHORITY et al,

        Defendant.

Case Number: CV07-03435 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

The Ad Hoc Tenants Committee of the Rose Hotel
125 Sixth Street
#202
San Francisco, CA 94103

Honorio Rivera
125 Sixth Street
 #202
San Franciaco, CA 94103

Kevin Hansen
125 Sixth Street
#202
San Francisco, CA 94103

Larry Richards
#202
125 Sixth Street
San Francisco, CA 94103

Dated: September 27, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk